# EXHIBIT "A"

Case 0:07-cv-60794-WPD Document 28-31 Entered on FLSD Docket 09/28/2007 Page 1 of 4

# FEIN AND MELONI
### ATTORNEYS AT LAW
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS

STEVEN A. FEIN, P.A.
EDOARDO MELONI, P.A.

TELEPHONE (352) 595-2958
FACSIMILE (352) 595-2952

Law Offices of Fein & Meloni
Collection Department

P.O. Box 155
Citra, Florida 32113-0155

March 29, 2007

Raquel Mora
12959 SW 31 Court
Miramar, Florida 33027

Re: Melrose Point at Monarch Lakes Condominium Association, Inc.
Account No.: **Melrose Point 0144 01**

Dear Unit Owner:

Please be advised that this office represents the interests of the Melrose Point at Monarch Lakes Condominium Association, Inc. and is corresponding with you on behalf of the Association.

Although you have a clear obligation under your association documents for the regular periodic payment of assessments, the record of your account which has been forwarded to us indicates your account with the association reflects that payment of your assessments are substantially past due. The association has therefore referred this matter to this law firm for the appropriate action.

The preparation and forwarding of this letter is the first step this law firm takes in our efforts to collect overdue payments due to the Association. At this juncture, **your check in the amount of $465.70 (the amount shown on the enclosed status of account plus our legal fees of $100.00) payable to the "Fein and Meloni Trust Account" must be forwarded to this office within 30 days of the date of this letter in order to stop the imposition of additional fees and costs. Please note that payment to anyone other than this office will not end this matter, and that payment to this office of less than the full amount due and owing will not end this matter.**

**For proper credit to your account, please indicate your account number on your payment.**

Should you elect to do nothing in response to this notice, the association has directed this office to file a lien against your property and your legal fees will increase to $375.00. Thereafter, the Association may direct this office to commence foreclosure litigation in the county court. In that event, you will be responsible for substantial additional legal fees and costs incurred by the association in such a lien foreclosure action or in an action brought by the association to recover a money judgment for the unpaid assessments, and you could lose your unit to the highest bidder through a foreclosure sale under a Court Order.

Unless you dispute the validity of the amounts due, or any portion thereof, within thirty days after receipt of this correspondence, the amount due will be assumed to be valid. If you notify this office in writing within the thirty day period that the amounts due or any portion thereof is disputed, this office will obtain verification of the amount due and verification will be mailed to you by this office.

We are attempting to collect the above debt and any information obtained will be used for that purpose. If you dispute the amount due we would appreciate your providing this office with any documentation or evidence that you have in support of your contention that the amounts due are not correct.

Very truly yours,

STEVEN A. FEIN
By: Jami Bohannon, CLA

enclosure
cc: Prime Management Group
C:\DEMAND\Melrose Point.wpd

**PLEASE DO NOT CALL OUR OFFICE, A PHONE CALL WILL NOT PROTECT YOUR RIGHTS!**

**If you wish to dispute your debt, you must do so in writing.** Please provide this office with proof of payment of any payment <u>not</u> reflected on the attached statement. Proof of payment would consist of copies of the front and back of your canceled check, a money order receipt, or direct deposit statement from your bank. Upon receipt of your proof, we will research your file and contact you within thirty days of the receipt of your debt dispute. If you provide this office with documents, we will not proceed with a lien until the research is completed.

Please provide your name, the name of the Association you live in and your account number with every correspondence sent to this office.

**All correspondence must be in English.**

All valid debts must be paid within the thirty days as stated in the demand letter, as well as the current amount due, or a lien will be filed against your property. Upon preparation of a lien, your attorney fees will increase by $275.00. Some Associations allow a payment plan <u>once the lien is filed</u>, if your Association allows a payment plan, the maximum payment plan would be for a period of three months and there will be additional attorney fees of $150.00 in connection with the payment plan. These terms are not negotiable.

IF YOU WANT TO KNOW IF YOUR PAYMENT IS RECEIVED BY OUR OFFICE, WE WOULD SUGGEST YOU SEND YOUR PAYMENT BY CERTIFIED MAIL WITH RETURN RECEIPT, AS WE DO NOT ACKNOWLEDGE RECEIPT OF YOUR PAYMENT. ONCE PAYMENT IS RECEIVED AND THE FUNDS CLEAR OUR ACCOUNT, WE WILL DISBURSE TO THE ASSOCIATION AND CLOSE OUR FILE. YOUR NEXT PAYMENT SHOULD BE MADE DIRECTLY TO THE MANAGEMENT COMPANY IN A TIMELY MANNER.

This communication is from a debt collector, we are attempting to collect the above debt and any information obtained will be used for that purpose. If you dispute the amount due we would appreciate your providing this office with any documentation or evidence that you have in support of your contention that the amounts due are not correct.

G:\WPDOCS\DEBTDIS.DC

```
03/28/2007 9:13 AM                    Resident Transaction Report                              Page:   1
                                           Melrose Point
                                       Start Date: 09/01/2000

Building: MR-0000   Melrose Point Condo                    Management Co: PRIME MANAGEMENT GROUP
                    c/o Prime Management Group                            6300 Park of Commerce Blvd.
                    6300 Park of Commerce Blvd                            Boca Raton, FL  33487
                    Boca Raton, FL  33487
```

| Resident | | Collection Status Type  Date  Charge Code | Date  Check No | Amount | |
|---|---|---|---|---|---|
| 0144 01 | Raquel Mora 12959 SW 31 Court Miramar FL 33027 | At the Attorney Chg 01/01/2007 AM ASSESSMENT MONTHLY Pay 01/23/2007 Lckbx Pmt D00595 Chg 02/01/2007 AM ASSESSMENT MONTHLY Chg 03/01/2007 AM ASSESSMENT MONTHLY Chg 03/16/2007 tf LATE FEE Pay 03/16/2007 Lckbx Pmt 000616 | 03/23/2007 | Beg Balance 315.70 -315.70 315.70 315.70 50.00 -315.70 Res Balance | 0.00 315.70 0.00 315.70 631.40 681.40 365.70 365.70 |

attorney fee 110.00
$465.70