UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 07-60794-Civ-Dimitrouleas/Rosenbaum

RAQUEL MORA,

     Plaintiff,

v.

FEIN AND MELONI,
STEVEN A. FEIN, P. A.,
STEVEN A. FEIN, and
EDOARDO MELONI, P. A.

     Defendants.
_____/

## PLAINTIFF'S MOTION TO SANCTION DEFENDANT FEIN AND MELONI

     Plaintiff, RAQUEL MORA, moves this Court for an order Sanctioning Defendant

FEIN AND MELONI for failure to serve its Initial Rule 26 Disclosures in accordance

with Judge Dimitrouleas's Order of August 16, 2007 (DE 10) and Magistrate

Rosenbaum's Order of October 2, 2007 (DE 22) and, in support thereof, states as follows:

     1.     On August 14, 2007 Plaintiff filed her Unilateral Scheduling Report (DE

9).

     2.     Plaintiff filed a Unilateral Report pursuant to the Court's Order Permitting

Plaintiff to Submit a Unilateral Scheduling Report (DE 8), which was entered due to

Defendant's lack of communication regarding the preparation of the Report and failure to

respond to the Court's Order to Show Cause (DE 7).

3.      The Unilateral Report reads in relevant part "the parties will serve their Rule 26(a) Initial Disclosures by August 21, 2007" See paragraph 2 (DE 8).

4.      On August 16, 2007 the Court issued its Order Setting Trial Date & Discovery Deadlines, (DE 10), which states in relevant part "Pretrial discovery shall be conducted in accordance with Local Rule 16.1 and 26.1 of the Federal Rules of Civil Procedure. See paragraph 3 (DE 10).

5.      On September 10, 2007, Plaintiff filed her Motion to Compel Defendant's Disclosures (DE 17).

6.      On October 2, 2007 Magistrate Rosenbaum granted Plaintiff's Motion to Compel Defendant FEIN AND MELONI to serve its initial Rule 26 Disclosures (DE 22).

7.      The Court's October 2, 2007 Order required Defendant to serve its Disclosures within 5 days of the Order.

8.      Defendant, FEIN AND MELONI, has not served its Disclosures.

9.      Plaintiff requests this Court either impose monetary sanctions of $100.00 per day until Defendant serves its Disclosures or exclude the undisclosed documents and witnesses for the purposes of summary judgment and trial. In addition, Plaintiff requests the Court impose a sanction of one hour's attorney time of $300.00 for the cost of this third filing to obtain Defendant's Disclosures.

10.     WHEREFORE, Plaintiff, RAQUEL MORA, requests this Court sanction Defendant, FEIN AND MELONI, either $100.00 per day until it serves its Rule 26 Initial Disclosures or exclude the undisclosed documents and witnesses for the purpose of summary judgment and trial and impose a sanction of one hour's attorney time of

$300.00 for the cost of this motion. In addition, Plaintiff requests the Court impose a

sanction of one hour's attorney time of $300.00 for the cost of this third filing to obtain

Defendant's Disclosures.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By  s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658


JOEL D. LUCOFF, ESQ.
Co-Counsel for Plaintiff
12925 Southwest 30 Street
Miramar, FL  33027-5307
Telephone: 954-885-7624
Facsimile: 954-885-7625
jdlucoff@adelphia.net
Florida Bar No. 192163

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 07-60794-Civ-Dimitrouleas/Rosenbaum


RAQUEL MORA,

      Plaintiff,

v.

FEIN AND MELONI,
STEVEN A. FEIN, P. A.,
STEVEN A. FEIN, and
EDOARDO MELONI, P. A.

      Defendants.
_____/


## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on October 15, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


                                       s/Donald A. Yarbrough
                                       Donald A. Yarbrough, Esq.

## <u>SERVICE LIST</u>

Mr. Steven A. Fein, Esq.
Fein & Meloni
900 SW 40 Avenue
Plantation, FL 33317
Telephone: 954-791-4770
Facsimile: 954-316-5890

Mr. Adam K. Hodges, Esq.
Kaplan Zeena LLP
Suite 3050
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-530-0800
Facsimile: 305-530-0801


<u>Via Notices of Electronic Filing generated by CM/ECF</u>